# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CRETE CARRIER CORPORATION,** | |
| **Plaintiff,** | **4:24CV3198** |
| vs. | **ORDER** |
| **ARLEEN G. LARSON,** | |
| **Defendant.** | |

Upon notice of settlement given in the Plaintiff's Response to Order to Show Cause,

**IT IS ORDERED:**

1. The show cause deadline is terminated.

2. On or before **April 10, 2025**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

3. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 26th day of February, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge